AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ROBERTS, RICHARD W | U.S. DISTRICT COURT , D.D.C. | 08/04/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE, ACTIVE | ☐ Nomination, ■ Date <br> ☐ Initial ☑ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2007 <br> to <br> 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. DISTRICT COURT <br> 333 CONSTITUTION AVENUE, N.W. <br> WASHINGTON, D.C. 20001 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. POWER OF ATTORNEY | WACHOVIA ACCOUNTS 1+2 |
| 2. CO-PERSONAL REPRESENTATIVE | ESTATE #2 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE 2008 AUG 11 A 10: 51 RECEIVED FINANCIAL

| Name of Person Reporting | Date of Report |
| --- | --- |
| ROBERTS, RICHARD W | 08/04/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2007 | ▅▅▅▅ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | VASSAR COLLEGE | | | | FEBRUARY 8-10, MAY 10-12, 26, POUGHKEEPSIE, NY. MTGS. OF BD. OF TRUSTEES AND |
| 2. | VASSAR COLLEGE (Cont'd) | | | | BACCALAUREATE ( TRANSPORTATION, MEALS AND LODGING PROVIDED) |
| 3. | NEW YORK INTELLECTUAL PROPERTY LAWYERS ASSN. | | | | MARCH 23-24: NEW YORK, N.Y.: ANNUAL DINNER HONORING FEDERAL JUDICIARY. (TRANSPORTATION, MEALS AND LODGING PROVIDED) |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS. RICHARD W | 08/04/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1.   ERIC HOLDER | FOUR TICKETS TO GAME AT RFK STADIUM | $ 480.00 |
| 2. | | |
| 3 | | |
| 4 | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W | 08/04/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. JUSTICE FEDERAL CREDIT UNION ACCOUNTS | D | Interest | N | T | NONE | | | | |
| 2. CITIBANK ACCOUNTS | D | Interest | O | T | NONE | | | | |
| 3. DELHAZE AMERICA COMMON STOCK | A | Dividend | J | T | NONE | | | | |
| 4. SMALL CLAIMS JUDGEMENT AGAINST JOHN BOWEN | | None | J | T | NONE | | | | |
| 5. SUNTRUST BANK (IRA) (2CDS) | A | Interest | K | T | NONE | | | | |
| 6. SMITH BARNEY (IRA) (TREASURY COUPON BOND) | B | None | K | T | NONE | | | | |
| 7. PRUDENTIAL RETIREMENT KEOGH: THORNBURG INTL FUND. | E | Interest | L | T | NONE | | | | |
| 8. PRUDENTIAL RETIREMENT KEOGH: AMERICAN FNDS GROWTH FND OF AME | C | Interest | K | T | NONE | | | | |
| 9. PRUDENTIAL RETIREMENT KEOGH: FIDELITY CONTRAFUND | E | Interest | M | T | NONE | | | | |
| 10. PRUDENTIAL RETIREMENT KEOGH: GUAR INCOME FUND | C | Interest | L | T | NONE | | | | |
| 11. PRUDENTIAL RETIREMENT KEOGH: DAVIS NY VENTURE FND | E | Interest | M | T | NONE | | | | |
| 12. PRUDENTIAL RETIREMENT : INV. SMALL CAP | C | Interest | K | T | NONE | | | | |
| 13. PRUDENTIAL RETIREMENT: 401(K) (IRA) DAVIS NY VENTURES FND | C | Interest | L | T | NONE | | | | |
| 14. PRUDENTIAL RETIREMENT: 401(K) (IRA) FIDELITY CONTRAFUND | D | Interest | L | T | NONE | | | | |
| 15. PRUDENTIAL RETIREMENT: 401(K) (IRA): GROWTH INV SM COMP | C | Interest | K | T | NONE | | | | |
| 16. PRUDENTIAL RETIREMENT: 401(K) (IRA): PIMCO | B | None | K | T | NONE | | | | |
| 17. CHARLES SCHWAB: ████████ | B | Dividend | M | T | NONE | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| R●BERTS, RICHARD W | 08/04/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (●-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. ███ 401(K) (FIDELITY) | D | Dividend | M | T | NONE | | | | |
| 19. FEDERATED CAPITAL RESERVES | A | Dividend | K | T | NONE | | | | |
| 20. PRUDENTIAL RETIREMENT: 401(K) (IRA) THORNBURG INTL FND | B | Interest | J | T | NONE | | | | |
| 21. FIDELITY INVESTMENTS ███ | A | Dividend | J | T | NONE | | | | |
| 22. VCSP COLLEGE AMERICA | D | Dividend | M | T | NONE | | | | |
| 23. NUVEEN PFD STOCK | A | Dividend | J | T | NONE | | | | |
| 24. WACHOVIA ACCOUNT #1 (POA) | A | Interest | K | T | NONE | | | | |
| 25. WACHOVIA ACCOUNT #2 (POA) | A | Interest | J | T | NONE | | | | |
| 26. ESTATE #2. PROPERTY #1 WASHINGTON, D.C. | | None | | | SOLD | 11/29 | M | | MELVIN K. ELAM |
| 27. ESTATE #2. PROPERTY #2 COLUMBIA, SC | | None | K | W | | | | | |
| 28. ESTATE #2. COPYRIGHT | A | Royalty | J | W | | | | | |
| 29. ESTATE #2. PHOTO NEGATIVES | | None | K | W | | | | | |
| 30. ███ EMPLOYEE STOCK OPTIONS | | None | N | W | GRANT | 2/27 | J | | |
| 31. ███ RESTRICTED STOCK | | None | N | W | GRANT | 2/27 | J | | |
| 32. WACHOVIA ESTATE #2 ACCOUNT | B | Interest | M | T | NONE | | | | |
| 33. BANK OF AMERICA ACCOUNT | A | Interest | K | T | OPENED | 07/08 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | ● =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

I. MEMBERSHIP ON BOARD OF TRUSTEES. VASSAR COLLEGE. ENDED 2007.

VII. 30. THIS INVESTMENT REFLECTS STOCK OPTIONS THAT WERE GRANTED IN FEBRUARY 2007 AND THE TOTAL ESTIMATED VALUE OF ALL STOCK OPTIONS OWNED AS OF DECEMBER 31. 2007.

VII. 31. THIS INVESTMENT REFLECTS STOCK THAT WAS GRANTED IN FEBRUARY 2007 AND THE TOTAL ESTIMATED VALUE OF ALL STOCK ( NOT OTHERWISE REPORTED HEREIN) OWNED AS OF DECEMEBR 31. 2007.

VII. 32. THIS ACCOUNT WAS ADDED IN A RECENT AMENDMENT TO THE 2006 REPORT.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E
Washington, D.C. 20544